UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZAD YAGHOUTI, M.D., and GLOBAL LASER VISION,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNCIL FOR REFRACTIVE SURGERY QUALITY ASSURANCE and GLENN HAGELE,<br><br>  Defendants. | Civil No. 06-CV-2606-L(LSP)<br><br>**ORDER GRANTING REQUEST TO DISMISS THIS ACTION WITH PREJUDICE [doc. #9] and CLOSING CASE** |

Having received the parties' notice of settlement and request for dismissal, **IT IS ORDERED** granting the request to dismiss the above captioned case with prejudice. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: April 25, 2007

_____
M. James Lorenz
United States District Court Judge

COPIES TO:

HON. LEO S. PAPAS
U.S. MAGISTRATE JUDGE

ALL PARTIES/COUNSEL